| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***<br>**Andrew B. Finberg, Esquire (AB 1574)**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, New Jersey 08002**<br>**(856) 663-5002** |
| In Re:<br>**Grace G. Brewster**<br><br>Debtor(s)' |

Case No. 24-16670 (ABA)

Judge: Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS** a review of Debtor's case by Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation.

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follows: Debtor's case be and is hereby allowed to continue at $9,313.00 total receipts applied to plan, then $490.00 per month for the remaining thirty-four (34) months, commencing October 1, 2026 for a total of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on October 23, 2024, remain in effect.

/s/Eric J Clayman
Eric J. Clayman, Esquire
Attorney for Debtor

Dated: 09/15/2026

/s/ Andrew B. Finberg
Andrew B. Finberg
Chapter 13 Standing Trustee

Dated: 9/15/2026